Law Offices of Stephen Turano
60 Park Place
Suite 703
Newark, NJ 07102
(973) 236-0010
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
DOCKET NO.: 10-8261

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Action 12-2948RC |
| v. | : | Hon. Stanley R. Chesler, U.S.D.J. |
| JAYME NEIBURG | : | ORDER MODIFYING ORDER SETTING CONDITIONS OF RELEASE |
| Defendant. | : | |

**THIS MATTER** having been opened to the Court by Stephen Turano, attorney for the Defendant Jayme Neiburg in the above-captioned matter, upon an application for an Order modifying the Order Setting Conditions of Pretrial Release: (1) permitting Ms. Neiburg to travel with her children and parents, including her mother who is serving as a third-party custodian, to the Dominican Republic to attend a family wedding, from July 20, 2012, through July 27, 2012; (2) releasing her daughter's birth certificate, which is in the government's possession, in order for Ms. Neiburg to apply for a passport for her daughter; and (3) releasing her and her children's passport in advance of their July 20, 2012 departure date; and it appearing to the Court that Jeff Paterson, Pretrial Services Officer, and Randell Cook, Assistant United States Attorney, have consented to the entry of the within Order;

**NOW THEREFORE,** it is on this 2 day of May, 2012

**ORDERED,** that the Order Setting Conditions of Release be and the same hereby is modified to: (1) permit Ms. Neiburg to travel with her children to the Dominican Republic from

July 20, 2012, through July 27, 2012; (2) require the government to release immediately to Ms. Neiburg her daughter's birth certificate; (3) , permit Ms. Neiburg to apply for a passport for her daughter; (4) require the government, in advance of the July 20, 2012 departure date, to release her and her children's passports; (5) require Ms. Neiburg to return all applicable passports to the government by August 1, 2012; and (6) require Ms. Neiburg to provide Pretrial Services with her travel itinerary, which shall include flight and lodging information, by no later than July 13, 2012; and

**IT IS FURTHER ORDERED**, that all other Conditions of Release remain the same.

_____
Hon. Stanley R. Chesler, U.S.D.J.

_____, AUSA

_____
Stephen Turano